In the Matter of the Accounting of JOHN A. MERRITT, as
Executor of WILLIAM W. WHITMORE, Deceased.
HENRY WHITMORE, Appellant; HERBERT W. WELD et al.,
Respondents.

*Matter of Merritt,* 86 App. Div. 179, affirmed.
(Submitted November 11, 1903; decided December 1, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, made July
7, 1903, which modified and affirmed as modified a decree of
the Niagara County Surrogate's Court settling the accounts of
John A. Merritt as executor and directing the distribution
of the estate of William W. Whitmore, deceased.

*Washington H. Ransom* for appellant.

*S. Wallace Dempsey* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN, CULLEN and WERNER, JJ.